```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                   CASE NO. 08 B 18651
    RICHARD J PRESBERG
                                         CHAPTER 13

                                         JUDGE: A. BENJAMIN GOLDGAR

        Debtor
    SSN XXX-XX-0128


------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 07/21/08 .

    2.  The case was dismissed without confirmation, 10/03/2008.

------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                           PAID           PAID
------------------------------------------------------------------------
LITTON LOAN SERVICING IN  CURRENT MORTG         .00             .00             .00
LITTON LOAN SERVICING IN  MORTGAGE ARRE   NOT FILED             .00             .00
THE PRIVATE BANK & TRUST  SECURED               .00             .00             .00
        Summary of disbursements:
------------------------------------------------------------------------
                 SECURED     PRIORITY   UNSECURED      OTHER         TOTAL
------------------------------------------------------------------------
TOTAL CLMS ALLOWED    .00         .00         .00        .00           .00
PRINCIPAL PAID        .00         .00         .00        .00           .00
INTEREST PAID         .00         .00         .00        .00           .00
TOTAL PAID            .00         .00         .00        .00           .00
The Debtor's attorney, STEVEN O HAMILL           , was allowed $        .00
and was paid $        .00 .

The Trustee received $        .00 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 01/21/09               /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE
```

```
                          PAGE   2
     CASE NO. 08 B 18651 RICHARD J PRESBERG
```